In the Matter of the Claim of MARJORIE ESTRADA, Appellant. COMMISSIONER OF LABOR, Respondent. [982 NYS2d 807]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 3, 2012, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Stein, McCarthy and Rose, JJ., concur. Ordered that the decision is affirmed, without costs.